HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAN VAN MECHELEN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF THE INTERIOR

    Defendant.

Case No. C05-5393

ORDER DENYING PLAINTIFF'S
MOTIONS FOR RECONSIDERATION

This matter is before the court on Plaintiffs' Motions for Reconsideration [Dkt. #s 36 & 37], and Plaintiff's Motion to Compel Production [Dkt. #35]. The Court has reviewed and considered the Motions, and the arguments and cases therein.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior rulings [Dkt. #s28 and 29]. Plaintiff's Motions for Reconsideration [Dkt. #s 36 and 37] are DENIED. Plaintiff's Motion to Compel [Dkt. # 35] is also DENIED as the matter is closed.

DATED this 16th day of December, 2005

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1